peals of Texas. Certiorari denied. Petitioner *pro se.* *John Ben Shepperd,* Attorney General of Texas, and *James N. Castleberry, Jr.,* Assistant Attorney General, for respondent.

No. 338, Misc. CLOKEY *v.* LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 384, Misc. CRABTREE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 402, Misc. POWELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Melvin Edward Schaengold* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 432, Misc. GRAYSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 435, Misc. SPRADING *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.